IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN LANCE WILLIAMS,

    Petitioner,                            No. CIV S-07-1146 FCD EFB P

    vs.

SUZAN L. HUBBARD, et al.,

    Respondents.                        ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 18, 2009, petitioner requested an extension of time to file and serve objections to the February 9, 2009, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's February 18, 2009, motion is granted in part, and petitioner shall file and serve objections to the February 9, 2009, findings and recommendations within 20 days of the date this order is served. The court does not anticipate granting additional requests for extensions of time.

DATED: February 23, 2009.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE